FILED

10/07/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0428

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0428

IN RE THE MATTER OF THE ESTATE
OF

THOMAS GEORGE BENNETT,

     Deceased.

_____

## ORDER

_____

     Upon consideration of Appellee's motion for extension of time,

and good cause appearing,

     IT IS HEREBY ORDERED that Appellee is granted an extension

of time to and including November 9, 2024, within which to prepare,

file, and serve Appellee's response brief on appeal.

  (Electronically signed and dated below)

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 5 2024